# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARVEY DARRELL CANTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CV-101-SMY-RJD |
| ) | |
| U.S. DEPARTMENT OF EDUCATION ) | |
| FEDERAL OFFSET UNIT, ) | |
| ) | |
| Defendant. | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** May 9, 2017

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:** s/ Staci M. Yandle
STACI M. YANDLE
DISTRICT JUDGE